UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILSON SANCHEZ &
ROSANA GOMEZ,
individuals,

              Case No.: 8:24-cv-01742-SDM-AEP

  Plaintiffs,

v.

HYUNDAI CAPITAL AMERICA, INC. d/b/a
KIA MOTORS FINANCE,
a foreign profit corporation,
EXPERIAN INFORMATION
SOLUTIONS, INC.,
a foreign for-profit corporation,
EQUIFAX INFORMATION
SERVICES, LLC,
a foreign limited liability company, and
TRANS UNION, LLC,
a foreign limited liability company,

  Defendants.
_____/

**PLAINTIFFS' NOTICE OF PENDING SETTLEMENT
AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

  **COMES NOW**, Plaintiffs, WILSON SANCHEZ and ROSANA GOMEZ ("Plaintiffs"), by and through the undersigned counsel, and hereby notifies the Court that Plaintiffs and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") have reached a conditional settlement in this action. Upon full compliance with the terms of such settlement, Plaintiffs and Experian will request that this matter be dismissed with prejudice.

1

Dated: November 12, 2024

        Respectfully submitted,

        **SWIFT LAW PLLC**
        /s/ *Jon P. Dubbeld*
        **Aaron M. Swift, Esq., FBN 0093088**
        **Jordan T. Isringhaus, Esq., FBN 0091487**
        **Jon P. Dubbeld, Esq., FBN 105869**
        **Sean E. McEleney, Esq., FBN 125561**
        11300 4th Street N, Ste. 260
        St. Petersburg, FL 33716
        Phone: (727) 490-9919
        Fax: (727) 255-5332
        aswift@swift-law.com
        jisringhaus@swift-law.com
        jdubbeld@swift-law.com
        smceleney@swift-law.com
        jmurphy@swift-law.com
        *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 12, 2024, I filed a true and correct copy of the above and foregoing *Notice of Settlement* via CM/ECF which will electronically serve all counsel of record:

        /s/ *Jon P. Dubbeld*
        Attorney for Plaintiff