**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

WILSON SANCHEZ &
ROSANA GOMEZ,
individuals,

        Case No.: 8:24-cv-01742-SDM-AEP

    Plaintiffs,

v.

HYUNDAI CAPITAL AMERICA, INC. d/b/a
KIA MOTORS FINANCE,
a foreign profit corporation,
EXPERIAN INFORMATION
SOLUTIONS, INC.,
a foreign for-profit corporation,
EQUIFAX INFORMATION
SERVICES, LLC,
a foreign limited liability company, and
TRANS UNION, LLC,
a foreign limited liability company,

    Defendants.
_____/

**PLAINTIFFS' NOTICE OF PENDING SETTLEMENT**
**AS TO DEFENDANT TRANS UNION LLC**

**COMES NOW**, Plaintiffs, WILSON SANCHEZ and ROSANA GOMEZ ("Plaintiffs"), by and through the undersigned counsel, and hereby notifies the Court that Plaintiffs and Defendant, TRANS UNION LLC ("Trans Union") have reached a conditional settlement in this action. Upon full compliance with the terms of such settlement, Plaintiffs and Trans Union will request that this matter be dismissed with prejudice.

1

Dated: November 13, 2024

                                        Respectfully submitted,

                                        **SWIFT LAW PLLC**
                                        /s/ *Jon P. Dubbeld*
                                        **Aaron M. Swift, Esq., FBN 0093088**
                                        **Jordan T. Isringhaus, Esq., FBN 0091487**
                                        **Jon P. Dubbeld, Esq., FBN 105869**
                                        **Sean E. McEleney, Esq., FBN 125561**
                                        11300 4th Street N, Ste. 260
                                        St. Petersburg, FL 33716
                                        Phone: (727) 490-9919
                                        Fax: (727) 255-5332
                                        aswift@swift-law.com
                                        jisringhaus@swift-law.com
                                        jdubbeld@swift-law.com
                                        smceleney@swift-law.com
                                        jmurphy@swift-law.com
                                        *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on November 13, 2024, I filed a true and correct copy of the above and foregoing *Notice of Settlement* via CM/ECF which will electronically serve all counsel of record:

                                        /s/ *Jon P. Dubbeld*
                                        Attorney for Plaintiff