UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| WILSON SANCHEZ, and ROSANA GOMEZ, Individuals, | Case No.: 8:24-cv-01742-SDM- AEP |
| Plaintiffs, | |
| vs. | |
| HYUNDAI CAPITAL AMERICA, INC. d/b/a KIA MOTORS FINANCE, a foreign for-profit corporation, *et al.*, | |
| Defendants | |

## JOINT MOTION TO STAY PROCEEDINGS

Plaintiffs Wilson Sanchez and Rosana Gomez ("Plaintiffs") and Defendant Hyundai Capital America d/b/a Kia Motors ("HCA") (collectively, the "Parties") jointly move for a stay of all proceedings, including the deadlines set forth in the Court's August 27, 2025 Order (the "Order"), for ninety (90) days to allow the Parties to coordinate and attend mediation. In support, the Parties state as follows:

1. On August 27, 2025, this Court entered the Order establishing a limited discovery period through November 25, 2025, and scheduled a bench trial for December 10, 2025 to address factual questions relating to HCA's Motion to Compel Arbitration. [ECF No. 60].

2. The Parties have engaged in discussions regarding potential early resolution of this action. Recognizing the benefits of mediation, the Parties have agreed to pursue this alternative dispute resolution method in an effort to potentially resolve the matter amicably and efficiently.

3. The Parties believe that mediation may facilitate a mutually agreeable resolution and avoid unnecessary litigation.

4. Accordingly, the Parties request a ninety (90) day stay of proceedings to focus their efforts and resources on mediation, thereby conserving judicial resources and potentially obviating the need for further litigation.

## MEMORANDUM OF LAW

5. The Court has "broad discretion over the management of pre-trial activities, including discovery and scheduling." *Johnson v. Bd. of Regents of Univ. of Georgia*, 263 F.3d 1234, 1269 (11th Cir. 2001); *see also Chrysler Intern. Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002). Motions to stay may be granted where they conserve judicial resources. *See, e.g., Claridy v. City of Lake City*, No. 3:13-CV-558-J-39PDB, 2014 WL 11430972, at *1 (M.D. Fla. Nov. 25, 2014); *see also Britt Green Trucking, Inc. v. FedEx Nat'l, LTL, Inc.*, No. 8:09-CV-445-T-33TBM, at *1 (M.D. Fla. Dec. 23, 2013) (granting motion to stay to conserve judicial resources).

6. The Parties respectfully request that this Court stay the proceedings for ninety (90 days) to allow them to attend mediation and engage in good-faith discussions about a potential resolution.

7. Good cause exists for the requested stay because the Parties agree that their resources would be best allocated to exploring resolution in mediation, rather than engaging in motion practice, discovery, or trial.

8. This motion is made jointly and in good faith. It is not intended to prejudice any party or cause undue hardship. Rather, it reflects the parties' shared commitment to resolving the dispute efficiently and amicably.

**WHEREFORE**, Plaintiffs Wilson Sanchez and Rosana Gomez, and Defendant Hyundai Capital America d/b/a Kia Motors Finance respectfully request, in good faith and for the purposes set forth herein, that this Court stay this action for ninety (90) days, to provide the parties with adequate time to mediate Plaintiffs' claims.

## Local Rule 3.01(g) Certification

On September 22, 2025, counsel for Plaintiffs and counsel for HCA discussed this Joint Motion and agreed to the requested 90-day stay. There is no opposition to the relief requested in the Joint Motion.

3

By:/s/ *Jordan T. Isringhaus*
Jordan T. Isringhaus, Esq. *(Signed with permission)*
FBN 0091487
jisringhaus@swift-law.com
SWIFT LAW, PLLC
11300 4th Street N, Suite 260
St. Petersburg, FL 33716
Tel: (727) 490-9919
Fax: (727) 255-5332

*Counsel for Plaintiffs*

By: *Brandon T. White*
Brandon T. White
FBN 106792
brandon.white@hklaw.com
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Tel: (305) 374-8500
Fax: (305) 789-7799

*Counsel for Hyundai Capital America*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

WILSON SANCHEZ, and
ROSANA GOMEZ,
Individuals,

    Plaintiffs,

vs.

HYUNDAI CAPITAL AMERICA, INC.
d/b/a KIA MOTORS FINANCE,
a foreign for-profit corporation, *et al.,*

    Defendants

Case No.: 8:24-cv-01742-SDM- AEP

## CERTIFICATE OF SERVICE

I hereby certify that on this day I served a true and correct copy of the within and foregoing **JOINT MOTION TO STAY AND INCORPORATED MEMORANDUM OF LAW** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all Counsel of Record.

This 22nd day of September 2025.

                                                 s/ *Brandon White*
                                                 Brandon T. White